# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| X.AI LLC,<br><br>                   Plaintiff,<br><br>    v.<br><br>KEITH ELLISON, in his official capacity, as Attorney General of Minnesota,<br><br>                  Defendant. | Case No. 0:26-cv-03425-DWF-DTS<br><br>Hon. Judge Donovan W. Frank<br><br>**NOTICE OF HEARING ON PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>**EXPEDITED CONSIDERATION REQUESTED** |

**PLEASE TAKE NOTICE** that, in accordance with District of Minnesota Local Rule 7.1 and Judge Frank's Practice Pointers, a hearing on Plaintiff X.AI LLC's Emergency Motion for Temporary Restraining Order and Preliminary Injunction will be heard at a date and time to be determined by Judge Frank. Because Plaintiff seeks emergency relief, Plaintiff respectfully requests that the Court hear this matter at its earliest availability and in advance of August 1, 2026, the effective date of the statute Plaintiff challenges. *See* D. Minn. LR 7.1(d). Plaintiff will promptly file an amended notice of hearing after the Court determines the date and time at which it will hear the Motion.

Dated: July 29, 2026                 Respectfully submitted,

*/s/ Todd A. Noteboom*

Todd A. Noteboom (#0240047)
Andrew P. Leiendecker (#0399107)
Sarah R. Almquist (#0403469)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
todd.noteboom@stinson.com
andrew.leiendecker@stinson.com
sarah.almquist@stinson.com

Robert E. Dunn (*pro hac vice*)
EIMER STAHL LLP
1999 S. Bascom Ave., Suite 1025
Campbell, CA 95008
(408) 889-1690
RDunn@eimerstahl.com

Johnathan Hall (*pro hac vice* motion
pending)
EIMER STAHL LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
(312) 660-7600
jhall@eimerstahl.com

*Attorneys for Plaintiff X.AI LLC*

2