# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| X.AI LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>KEITH ELLISON, in his official capacity, as<br>Attorney General of Minnesota,<br><br>　　　　　　Defendants. | Case No. 0:26-cv-03425-DWF-DTS<br><br>Hon. Judge Donovan W. Frank<br><br><br>**DECLARATION OF NASER BASEER IN SUPPORT OF X.AI LLC'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, Naser Baseer, declare as follows:

1.      I am over the age of 18 and am in all respects competent and qualified to make this declaration.

2.      All facts stated herein are based on my personal knowledge, information, and belief and the records and information reasonably available to me as part of my employment.

3.      I lead the product counsel team at xAI. I have held this position since November 2025. I serve as a primary legal advisor to product, engineering, design, and related business teams at xAI. My professional responsibilities include counseling the Grok model team, including those working on the image- and video-generation model known as Grok Imagine. My work focuses on ensuring

compliance with legal and regulatory requirements that arise while building, launching, and iterating on Grok Imagine products and services. My role gives me hands-on involvement with the development, capabilities, and operation of Grok Imagine.

4.    I have a Bachelor's degree in Neuroscience from University of California, Riverside. I also have a Juris Doctor degree from Chicago-Kent College of Law, IIT.

5.    This background equips me with the direct, practical experience needed to address the matters set forth in this declaration.

6.    xAI's flagship artificial intelligence model Grok is what is known as a multimodal model. Multimodal models are among the most powerful artificial intelligence models available today, and they are driving advancements in everything from medicine, robotics, and defense to autonomous driving, agriculture, and manufacturing. These models are trained on diverse datasets and designed to distill the patterns and structures of natural language, sound, images, and video. They interpret and respond to user queries in an intelligent, human-like way. For example, if a user prompts an LLM with "We saw the Golden Gate Bridge on our trip to," then it may produce "San Francisco" as an output.

7.    On its own, the Grok language model is not capable of producing outputs that are not text-based. But xAI's Grok Imagine model can create new

images and short videos from ordinary written or spoken prompts. It can also edit or animate images supplied by users, including by removing objects, changing scenery, applying art styles, restoring damaged photographs, and virtually trying on clothes or accessories. Users create or edit content with Grok Imagine by typing or speaking a short description. No artistic training, technical knowledge, or specialized software is required.

8.     Grok Imagine is available to users in all 50 states, including Minnesota, through the Grok smartphone application, the website Grok.com, and an application programming interface (API). Developers and businesses can integrate the capabilities via the API into their own products and workflows. Many Grok Imagine users are located in Minnesota.

9.     Users of Grok Imagine create and share illustrations, concept art, animated family photographs, memes, product mockups, and political satire. The subject matter spans news, politics, religion, science, education, commerce, and personal and family life. Minnesota users create and share content across that same range.

10.     Grok Imagine is capable of editing existing images in a way that depicts an identifiable person's inner thigh or (if male) breast in a manner that is so realistic that a reasonable person would believe that the inner thigh or breast belongs to the depicted individual. This would include images like those referenced

in the Complaint, whether or not the original image depicts someone who is a public figure.

11.    Before using Grok Imagine, consumers and businesses must agree to xAI's terms of service. Those terms are publicly available at https://x.ai/legal/terms-of-service. The terms prohibit using the service for any illegal, harmful, or abusive activities or any other behavior that violates the Acceptable Use Policy. A true and correct copy of that policy, available at https://x.ai/legal/acceptable-use-policy, is attached hereto as Exhibit A.

12.    The Acceptable Use Policy prohibits using the service in ways that violate a person's privacy or right of publicity, including undressing or nudifying real persons or otherwise altering a real person's image or likeness to depict them in an intimate or sexual context; depicting likenesses of persons in a pornographic manner; and sexualizing or exploiting children. The policy also prohibits stripping, altering, or circumventing embedded provenance metadata or watermarks and circumventing xAI's protective measures and safety mitigations.

13.    xAI employs sophisticated technical controls and safety mitigations intended to prevent prohibited uses. Users who successfully evade those controls violate the company's terms of service.

14.    xAI detects and blocks attempts to nudify images and to create sexualized content, removes resulting content where it is generated, and terminates

4

the accounts of users who make such attempts. xAI regularly terminates accounts for violations of the Acceptable Use Policy provisions described in paragraph 12.

15. Where required or appropriate, xAI reports violations to law enforcement and to the National Center for Missing & Exploited Children.

16. xAI has also sued users who circumvented its technical controls to generate prohibited images. *See X.AI LLC v. Harwood*, No. 7:26-cv-00078 (N.D. Tex. filed July 14, 2026).

17. Content moderation for generative image models is inherently probabilistic. Classifiers and filters operate on predicted likelihoods rather than certainties, and no combination of controls can guarantee that no user will ever succeed in generating a prohibited image. Some users also actively attempt to circumvent those controls, including through indirect prompting and by iterating on prompts that have been refused.

18. Minnesota users currently have full access to Grok Imagine's image-editing features and use them.

19. xAI plans to restrict Grok Imagine's image-editing feature for users located in Minnesota before August 1, 2026, solely due to the risks imposed by Minnesota HF 1606. Implementing that restriction requires xAI to design, test, and deploy geographically targeted controls within Grok Imagine's image-editing pipeline, and to maintain and monitor those controls thereafter.

20.    Restricting Grok Imagine's image-editing features for users located in Minnesota will result in the loss of Minnesota users and related business for xAI. The restriction will alter the product experience for Minnesota users, and xAI expects to lose Minnesota subscribers and subscription revenue as a result. xAI also expects to lose the goodwill of Minnesota users who find that a feature available in every other State is unavailable to them.

21.    Minnesota users who currently rely on the image-editing capabilities of Grok Imagine for the purposes described above will no longer have access to those capabilities through xAI's service after the planned restriction takes effect.

22.    But for Minnesota HF 1606 and the penalties associated with it, xAI would continue to offer the image-editing feature to Minnesota users as it does today.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Palo Alto, California on July 29, 2026.

/s/ _____

Naser Baseer

6

# Exhibit A





# xAI Acceptable Use Policy

*Effective: June 26, 2026 (previous version)*

xAI's Acceptable Use Policy ("AUP") applies to anyone using our Service, including consumers, developers and businesses. We aim to maximize your control over how you use our Service while also ensuring that you do so in a way that is compliant with the law, responsible and safe for humanity. Our policies will evolve over time as our Service and user base change, as well as based on what we learn over time.

By using our Service, you agree to comply with our policies. Violating our policies could result in action against your account, up to suspension or termination. Capitalized terms used and not defined herein are defined in the Terms of Service – Consumer or Terms of Service – Enterprise.

You are free to use our Service so long as you use it to be a good human, act safely and responsibly, comply with the law, not harm people, and respect our guardrails:

- Comply with the law. For example, don't use our Service or Outputs to promote or engage in illegal, harmful, or abusive activities, including:

  - Detrimentally impacting the Service, including by:

    - Modifying, copying, translating, leasing, selling, reselling, distributing, distilling, manipulating, using bots to access, reverse engineer, decompile, disassemble or otherwise seek to obtain the source code of our Service, including our systems, models, or algorithms (except to the extent this restriction is prohibited by applicable law)

systems or protective measures

- Stripping, altering or circumventing embedded provenance metadata or watermarks

- Using the Service or any Output to develop machine learning models or related AI services that compete with xAI

- Scraping, harvesting or reselling any Input or Output, or distilling model data or Outputs

- Disrupting, interfering with, or unauthorized access to the Service or its safety systems, including circumventing any rate limits or restrictions or protective measures and safety mitigations

- Causing harm or engaging in abusive activity, including by:

  - Critically harming or promoting critically harming human life (yours or anyone else's), including pro-terrorist activities

  - Engaging in animal cruelty

  - Violating copyright, trademark, or other intellectual property law

  - Using the Service in a way that infringes, misappropriates or violates a person's privacy or their right to publicity, including by:

    - Undressing or nudifying real persons, or otherwise altering a real person's image or likeness to depict them in an intimate or sexual context

    - Deceptively impersonating a real person

    - Depicting likenesses of persons in a pornographic manner

    - Depicting a person in a defamatory manner or portraying them in a false light

  - Sexualizing or exploiting children

  - Engaging in espionage, hacking, defrauding, defaming, scamming, or spamming

  - Engaging in stalking, doxing, or phishing

CASE 0:26-cv-03425-DWF-DTS  Doc. 14  Filed 07/29/26  Page 10 of 12

- Providing services that encourage others to violate these Terms, including by operating websites offering violative outputs from our Services in exchange for payment

- Not complying with laws or regulations, including by:

  - Taking unauthorized actions on behalf of others

  - Operating in a regulated industry without complying with those regulations, for example, by using the Services to unlawfully buy or sell securities or to provide or receive advice about securities, commodities, derivatives, or other financial products or services, as xAI is not a broker-dealer or a registered investment adviser under the securities laws of the United States or any other jurisdiction

  - Operating in a region where we do not offer the Service

  - Attempting to generate, access, distribute or make available content that is illegal or prohibited under the applicable law in the relevant jurisdiction

  - Violating any laws relating to exporting data or software to and from the United States or other countries

  - Making high-stakes automated decisions that affect a person's safety, legal or material rights, or well-being (such as making financial credit, educational, employment, housing, insurance, legal, medical, or other important decisions about or for them)

  - Misleading others or not being transparent regarding your use of AI, including by phishing, creating fake accounts, providing services that appear to be from you, when they are in fact from xAI, or providing services that appear to originate from xAI, when they do not

  - Accessing the Services through automated or non-human means, whether through a bot, script, or otherwise

- Do not harm people or property. This prohibition includes things like using our Service or Outputs to:

- Develop bioweapons, chemical weapons, or weapons of mass destruction

- Destroy property

- Respect guardrails and don't mislead. Don't circumvent safeguards unless you are part of an official Red Team or otherwise have our official written consent.

We report suspected child sexual abuse material to the National Center for Missing and Exploited Children.

### Report a violation

You can report violative content directly from Grok by clicking/tapping the three dots and choosing "Report Issue". Alternatively, you can email xAI directly at support@x.ai

**SPACEX**

© 2026 X.AI LLC

**Products**

Chat

Build

Imagine

Voice

Grokipedia

**Solutions**

Business

Government

Customer Support

Legal

Security

Use Cases

**Download**

grok.com

iOS

Developers

API Overview

Pricing

Models

Console

Docs

Status

Enterprise

Contact Sales

FAQs

BAA

DPA

Legal

Terms

Enterprise Terms

Privacy

Cookies

AUP

Brand

Social

@spacexai

@grok

Discord

Company

About

Colossus

Careers

News

Contact

Trust

Safety

Security

Privacy Portal

Subprocessors

Help Center

 Built with Grok