# Exhibit A



# xAI Acceptable Use Policy

*Effective: June 26, 2026 (previous version)*

xAI's Acceptable Use Policy ("AUP") applies to anyone using our Service, including consumers, developers and businesses. We aim to maximize your control over how you use our Service while also ensuring that you do so in a way that is compliant with the law, responsible and safe for humanity. Our policies will evolve over time as our Service and user base change, as well as based on what we learn over time.

By using our Service, you agree to comply with our policies. Violating our policies could result in action against your account, up to suspension or termination. Capitalized terms used and not defined herein are defined in the Terms of Service – Consumer or Terms of Service – Enterprise.

You are free to use our Service so long as you use it to be a good human, act safely and responsibly, comply with the law, not harm people, and respect our guardrails:

- Comply with the law. For example, don't use our Service or Outputs to promote or engage in illegal, harmful, or abusive activities, including:

    - Detrimentally impacting the Service, including by:

        - Modifying, copying, translating, leasing, selling, reselling, distributing, distilling, manipulating, using bots to access, reverse engineer, decompile, disassemble or otherwise seek to obtain the source code of our Service, including our systems, models, or algorithms (except to the extent this restriction is prohibited by applicable law)

systems or protective measures

- Stripping, altering or circumventing embedded provenance metadata or watermarks

- Using the Service or any Output to develop machine learning models or related AI services that compete with xAI

- Scraping, harvesting or reselling any Input or Output, or distilling model data or Outputs

- Disrupting, interfering with, or unauthorized access to the Service or its safety systems, including circumventing any rate limits or restrictions or protective measures and safety mitigations

- Causing harm or engaging in abusive activity, including by:

  - Critically harming or promoting critically harming human life (yours or anyone else's), including pro-terrorist activities

  - Engaging in animal cruelty

  - Violating copyright, trademark, or other intellectual property law

  - Using the Service in a way that infringes, misappropriates or violates a person's privacy or their right to publicity, including by:

    - Undressing or nudifying real persons, or otherwise altering a real person's image or likeness to depict them in an intimate or sexual context

    - Deceptively impersonating a real person

    - Depicting likenesses of persons in a pornographic manner

    - Depicting a person in a defamatory manner or portraying them in a false light

  - Sexualizing or exploiting children

  - Engaging in espionage, hacking, defrauding, defaming, scamming, or spamming

  - Engaging in stalking, doxing, or phishing

- Providing services that encourage others to violate these Terms, including by operating websites offering violative outputs from our Services in exchange for payment

- Not complying with laws or regulations, including by:

  - Taking unauthorized actions on behalf of others

  - Operating in a regulated industry without complying with those regulations, for example, by using the Services to unlawfully buy or sell securities or to provide or receive advice about securities, commodities, derivatives, or other financial products or services, as xAI is not a broker-dealer or a registered investment adviser under the securities laws of the United States or any other jurisdiction

  - Operating in a region where we do not offer the Service

  - Attempting to generate, access, distribute or make available content that is illegal or prohibited under the applicable law in the relevant jurisdiction

  - Violating any laws relating to exporting data or software to and from the United States or other countries

  - Making high-stakes automated decisions that affect a person's safety, legal or material rights, or well-being (such as making financial credit, educational, employment, housing, insurance, legal, medical, or other important decisions about or for them)

  - Misleading others or not being transparent regarding your use of AI, including by phishing, creating fake accounts, providing services that appear to be from you, when they are in fact from xAI, or providing services that appear to originate from xAI, when they do not

  - Accessing the Services through automated or non-human means, whether through a bot, script, or otherwise

- Do not harm people or property. This prohibition includes things like using our Service or Outputs to:

- Develop bioweapons, chemical weapons, or weapons of mass destruction

- Destroy property

- Respect guardrails and don't mislead. Don't circumvent safeguards unless you are part of an official Red Team or otherwise have our official written consent.

We report suspected child sexual abuse material to the National Center for Missing and Exploited Children.

### Report a violation

You can report violative content directly from Grok by clicking/tapping the three dots and choosing "Report Issue". Alternatively, you can email xAI directly at support@x.ai

SPACEX

© 2026 X.AI LLC

Products

Chat

Build

Imagine

Voice

Grokipedia

Solutions

Business

Government

Customer Support

Legal

Security

Use Cases

Download

grok.com

iOS

## Developers

API Overview

Pricing

Models

Console

Docs

Status

## Enterprise

Contact Sales

FAQs

BAA

DPA

## Legal

Terms

Enterprise Terms

Privacy

Cookies

AUP

Brand

## Social

@spacexai

@grok

Discord

## Company

About

Colossus

Careers

News

Contact

## Trust

Safety

Security

Privacy Portal

Subprocessors

Help Center

 Built with Grok