# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| X.AI LLC, | Case No. 0:26-cv-03425-DWF-DTS |
| Plaintiff, | Hon. Judge Donovan W. Frank |
| v. | **INDEX OF EXHIBITS TO THE DECLARATION OF NASER BASEER** |
| KEITH ELLISON, in his official capacity, as Attorney General of Minnesota, | |
| Defendant. | |

In accordance with Judge Frank's Practice Pointers, Plaintiff provides the following Exhibit Index for the exhibit attached to the Declaration of Naser Baseer:

| Exhibit | Description | Location |
|---|---|---|
| 1 | X.AI Acceptable Use Policy | Pages 8 through 12 of the Declaration of Naser Baseer |

1

Dated: July 29, 2026

Respectfully submitted,


*/s/ Todd A. Noteboom*

Todd A. Noteboom (#0240047)
Andrew P. Leiendecker (#0399107)
Sarah R. Almquist (#0403469)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
todd.noteboom@stinson.com
andrew.leiendecker@stinson.com
sarah.almquist@stinson.com

Robert E. Dunn (*pro hac vice*)
EIMER STAHL LLP
1999 S. Bascom Ave., Suite 1025
Campbell, CA 95008
(408) 889-1690
RDunn@eimerstahl.com

Johnathan Hall (*pro hac vice* motion
pending)
EIMER STAHL LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
(312) 660-7600
jhall@eimerstahl.com


*Attorneys for Plaintiff X.AI LLC*

2