# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| X.AI LLC, | Case No. 0:26-cv-03425-DWF-DTS |
| Plaintiff, | Hon. Judge Donovan W. Frank |
| v. | **[PROPOSED]** |
| KEITH ELLISON, in his official capacity, as Attorney General of Minnesota, | **TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
| Defendant. | |

This matter came before the Court pursuant to Fed. R. Civ. P. 65 and Plaintiff X.AI LLC's ("Plaintiff" or "xAI") Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("Motion").

Based upon all the files, records, and proceedings herein, pursuant to Rule 65 of the Federal Rules of Civil Procedure and for good cause shown, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion is **GRANTED**.

2. The Court finds that Plaintiff is likely to succeed on the merits of its claim that Minn. Stat. § 325E.91 is unconstitutional, both on its face and as applied to Plaintiff.

3.    The Court finds that Plaintiff will suffer irreparable harm absent a temporary restraining order and preliminary injunction.

4.    The Court finds that Plaintiff does not have an adequate remedy at law.

5.    The Court finds that the balance of equities and public interest favor granting Plaintiff's Motion.

6.    During the pendency of this action, Defendant Keith Ellison, in his official capacity as Attorney General of Minnesota, together with his officers, agents, servants, employees, and attorneys, and all persons acting for, with, by, through, under, or in active concert with him, are barred from enforcing Minnesota Statute § 325E.91 against xAI.

7.    Pursuant to Fed. R. Civ. P. 65(c), no bond is required in connection with this Order.

So Ordered at _____am/pm, this _____ day of _____, 2026.


_____
United States District Judge

2