UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

X.AI LLC,                                          Civil File No. 26-cv-03425 (DWF/DTS)

        Plaintiff,

   vs.                                              **NOTICE OF APPEARANCE
OF JANINE KIMBLE**

Keith Ellison, in his official
capacity as Attorney General
of Minnesota,

        Defendant.


PLEASE TAKE NOTICE that Janine Kimble, Assistant Attorney General, shall

appear as counsel of record for Defendant in the above-entitled action.


Dated:  July 29, 2026                    KEITH ELLISON
                                         Attorney General
                                         State of Minnesota

                                         s/ **Janine Kimble**
                                         JANINE KIMBLE
                                         Assistant Attorney General
                                         Atty. Reg. No. 0392032

                                         445 Minnesota Street, Suite 600
                                         St. Paul, Minnesota 55101-2125
                                         (651) 757-1415 (Voice)
                                         (651) 282-5832 (Fax)
                                         janine.kimble@ag.state.mn.us

                                         *Attorney for Defendant*