UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

X.AI LLC,                                                    Civil File No. 26-cv-03425 (DWF/DTS)

        Plaintiff,

    vs.                                                  **NOTICE OF APPEARANCE**
                                                            **OF MADELEINE DEMEULES**
Keith Ellison, in his official
capacity as Attorney General
of Minnesota,

        Defendant.


PLEASE TAKE NOTICE that Madeleine DeMeules, Assistant Attorney General,

shall appear as counsel of record for Defendant in the above-entitled action.


Dated:  July 30, 2026                    KEITH ELLISON
                                         Attorney General
                                         State of Minnesota


                                         /s/ Madeleine DeMeules
                                         MADELEINE DEMEULES
                                         Assistant Attorney General
                                         Atty. Reg. No. 0402648

                                         445 Minnesota Street, Suite 600
                                         St. Paul, Minnesota 55101-2125
                                         (651) 300-6807 (Voice)
                                         (651) 282-5832 (Fax)
                                         Madeleine.DeMeules@ag.state.mn.us