UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

X.AI LLC,

Plaintiff,

vs.

Keith Ellison, in his official
capacity as Attorney General
of Minnesota,

Defendant.

Civil File No. 26-cv-03425 (DWF/DTS)

**NOTICE OF APPEARANCE
OF PETER J. FARRELL**

PLEASE TAKE NOTICE that Peter J. Farrell, Acting Solicitor General, shall appear as counsel of record for Defendant in the above-entitled action.

Dated: July 30, 2026

KEITH ELLISON
Attorney General
State of Minnesota

s/ **Peter Farrell**
PETER J. FARRELL
Acting Solicitor General
Atty. Reg. No. 0393071

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 757-1424 (Voice)
(651) 297-4139 (Fax)
peter.farrell@ag.state.mn.us

*Attorney for Defendant*