UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

X.AI LLC,

        Plaintiff,

    vs.

Keith Ellison, in his official
capacity as Attorney General
of Minnesota,

        Defendant.

Civil File No. 26-cv-03425 (DWF/DTS)

**NOTICE OF APPEARANCE
OF MARGARET JACOT**

PLEASE TAKE NOTICE that Margaret Jacot, Assistant Attorney General, shall

appear as counsel of record for Defendant in the above-entitled action.

Dated:  July 30, 2026

KEITH ELLISON
Attorney General
State of Minnesota


 s/ Margaret Jacot
MARGARET JACOT
Assistant Attorney General
Atty. Reg. No. 0346755

445 Minnesota Street, Suite 600
St. Paul, MN 55101-2125
(651) 300-7629 (Voice)
(651) 282-5832 (Fax)
Margaret.Jacot@ag.state.mn.us

*Attorney for Defendant*