## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

xAI LLC,

      *Plaintiff,*

   *vs.*

KEITH ELLISON,
in his official capacity as attorney
general

      *Defendant.*

CASE NO. 0:26-CV-03425 (DWF-DTS)

**NOTICE OF MOTION AND MOTION OF THE LIBERTY JUSTICE CENTER TO FILE AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFF**

---

**MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE***

Pursuant to the Court's inherent authority to permit the filing of *amicus curiae* briefs, and consistent with LR 7.1, the Liberty Justice Center (LJC) respectfully requests leave to file the accompanying brief as *amicus curiae* in support of Plaintiff. LJC, through its undersigned counsel, has given advanced notice of this motion to the parties. Plaintiff consented to the filing of this brief, Defendant opposes the same.

The Liberty Justice Center (LJC) is a nonprofit, nonpartisan public interest litigation firm that defends and advances individual liberties and limited, accountable government. This work includes pursuing strategic, precedent-setting litigation aimed at protecting and maximizing the First Amendment's freedom of speech guarantee, including serving as counsel of record in the landmark Supreme Court case *Janus v. AFSCME, Council 31*, 585 U.S. 878 (2018). LJC has previously filed amicus briefs on free speech issues, including in cases concerning the attempted censorship of AI platforms. *See, e.g., The Babylon Bee, LLC v. Bonta*, No. 25-6138 (9th Cir. Mar. 18, 2026). LJC's participation will aid the Court in deciding whether to grant xAI's

motion for a preliminary injunction, especially given the potential impact on the free speech rights of millions of Minnesotans.

This motion is filed in the interest of justice and without intent to delay, and no party will be prejudiced by the granting of this motion. For these reasons, LJC respectfully requests this Court grant its Motion for Leave to File the attached brief *amicus curiae* and enter an order requiring such submission.

Dated: August 6, 2026

Respectfully submitted,

Matt Kezhaya
KEZHAYA LAW PLC
150 S. Fifth St., Suite 1850
Minneapolis, MN 55402
(612) 276-2216
matt@kezhaya.law

Timothy R. Snowball*
LIBERTY JUSTICE CENTER
1629 K Street N.W., Suite 300
Washington, D.C. 20006
(512) 481-4400
tsnowball@libertyjusticecenter.org

*Pro Hac Vice pending*

2