**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

xAI LLC,

        *Plaintiff,*

    *vs.*

KEITH ELLISON,
in his official capacity as attorney general

        *Defendant.*

CASE NO. 0:26-CV-03425 (DWF-DTS)

**MOTION FOR ADMISSION
*PRO HAC VICE***

---

I hereby certify that the foregoing brief complies with LR 7.1(f). I further certify that the foregoing document was prepared in Microsoft Office 365 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

The foregoing document is comprised of **2,450** words.

Dated: August 6, 2026

Respectfully submitted,

Matt Kezhaya
KEZHAYA LAW PLC
150 S. Fifth St., Suite 1850
Minneapolis, MN 55402
(612) 276-2216
matt@kezhaya.law