**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

X.AI LLC,

          *Plaintiff,*

v.

KEITH ELLISON, in his official capacity, as Attorney General of Minnesota,

          *Defendant.*

Case No. 0:26-cv-03425-DWF-DTS

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION, FIRST AMENDMENT LAWYERS ASSOCIATION, AND WOODHULL FREEDOM FOUNDATION IN SUPPORT OF PLAINTIFF**

Matthew D. Hardin
Minnesota ID # 0397178
Hardin Law Office
101 Rainbow Drive #11506
Livingston, TX 77399
(202) 802-1948
MatthewDHardin@gmail.com

Counsel for *Amici Curiae*

The Foundation for Individual Rights and Expression (FIRE), First Amendment Lawyers Association (FALA), and Woodhull Freedom Foundation (Woodhull), respectfully move this Court for leave to appear as *amici curiae* and to file the proposed amici brief, submitted concurrently as a separate docket entry, in support of Plaintiff in the above-captioned proceeding. No counsel for a party authored the proposed brief in whole or part. Further, no person, other than amici, their members, or their counsel contributed money intended to fund preparing or submitting this brief. Gill Sperlein, counsel for amici, conferred with counsel for the parties concerning this motion. Plaintiff consents. Defendant does not consent.

*Amici* seek to participate in this action to stress the importance of this case and its potential broader impact to free speech online. In the march of progress and sweep of time, the adoption of and experimentation with artificial intelligence remain at a nascent stage. That makes it all the more important that our bedrock principles of free expression, which "do not vary when a new and different medium for communication appears," *Brown v. Ent. Merchs. Ass'n*, 564 U.S. 786, 790 (2011) (cleaned up), protect against governments overcorrecting or overreaching as Minnesota has here.

This motion is filed in the interests of justice and without intent to delay, and no party will be prejudiced by the granting of this motion.

2

For the foregoing reasons, amici respectfully request that the Court grant them leave to appear as amici curiae, grant leave to file the concurrently submitted Brief of Amici Curiae in Support of Plaintiff, and deem the brief filed as of the date of the Court's order.

Dated: August 11, 2026                    /s/ Matthew D. Hardin
                                          Minnesota ID # 0397178
                                          Hardin Law Office
                                          101 Rainbow Drive #11506
                                          Livingston, TX 77399
                                          (202) 802-1948
                                          MatthewDHardin@gmail.com

                                          Counsel for *Amici Curiae*

2