UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

X.AI LLC,

        Plaintiff,

vs.

Keith Ellison, in his official
capacity as Attorney General
of Minnesota,

        Defendant.

Civil File No. 26-cv-03425 (DWF/DTS)

**MEMORANDUM OF LAW
IN OPPOSITION TO
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION'S
MOTION TO APPEAR AS AMICUS**

The Attorney General submits this memorandum in opposition to Foundation for Individual Rights and Expression (FIRE)'s motion to appear as amicus.

First, the request comes too late. X.AI filed its motion for preliminary injunction on July 29, 2026. FIRE's motion was filed on August 11, 2026, thirteen days after X.AI's motion. At least one other amicus—Liberty Justice Center—was able to submit a request for amicus participation earlier than FIRE, which this Court has already resolved. Permitting tardy amici to continue seeking leave to participate assists neither the parties nor the Court.

Although the District of Minnesota does not have rules governing amicus briefs, Federal Rule of Appellate Procedure 29 is persuasive authority. *See USA v. Minnesota*, Case No. 26-cv-02456 (SRN/DLM) [ECF No. 39, at 4] (citing cases). In the court of appeals, Federal Rule of Appellate Procedure Rule 29 controls, and requires that amicus briefs be filed no more than seven days after the merits brief of the aligned party. That timing allows the opposing party an opportunity to incorporate any response to the brief in

their own filing. Here, the briefing schedule is even more truncated. The Attorney General's brief was due August 12, but that deadline has already been modified once to account for a late-appearing amicus. The Attorney General will not have sufficient time to incorporate additional responses to new amicus arguments from FIRE during a briefing schedule that is already compressed.

Second, FIRE's proposed briefing does not appear to offer anything that would be helpful to the case; instead, FIRE just parrots X.AI's legal arguments on the merits of its claims, as well as the arguments of a similar amicus, Liberty Justice Center. The Court should reject this duplicative briefing. *See Su v. BCBSM, Inc.*, No. 24-cv-99 (JRT/TNL), 2024 WL 2958440, at *1 (D. Minn. June 12, 2024) (denying amicus request to file brief because some of the arguments were "duplicative").

If the Court grants FIRE's motion, the Attorney General respectfully asks that the Court extend the Attorney General's deadline to respond to the preliminary injunction motion to Monday, August 17; permit amicus briefs in support of the Attorney General's position, to be filed no later than Monday, August 17; and modify X.AI's reply deadline to Tuesday, August 18.

## CONCLUSION

The Attorney General requests that the Court deny the Foundation for Individual Rights and Expression's motion to appear as amicus.

Dated: August 11, 2026

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

s/ Janine Kimble
PETER J. FARRELL (#0393071)
Acting Solicitor General
JANINE KIMBLE (#0392032)
MARGARET JACOT (#0346755)
MADELEINE DEMEULES (#0402648)
Assistant Attorneys General

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 757-1415 (Voice)
(651) 282-5832 (Fax)
janine.kimble@ag.state.mn.us

*Attorneys for Defendant*

|#6427254-v2

3