UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

X.AI LLC,

    Plaintiff,

  vs.

Keith Ellison, in his official
capacity as Attorney General
of Minnesota,

    Defendant.

Civil File No. 26-cv-03425 (DWF/DTS)

**LR 7.1(f) WORD COUNT
CERTIFICATE OF COMPLIANCE**

I, JANINE KIMBLE, certify that the accompanying *Memorandum of Law in Opposition to Foundation for Individual Rights and Expression's Motion to Appear as Amicus* complies with Local Rule 7.1(f).  I further certify that, in preparation of this document, I used Microsoft Word for Office 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.  I further certify that the above-referenced document contains 396 words.

Dated: August 11,  2026     /s/ Janine Kimble
             JANINE KIMBLE (#0392032)
             Assistant Attorney General