# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| X.AI LLC, <br><br> Plaintiff, <br><br> v. <br><br> KEITH ELLISON, in his official capacity as Attorney General of Minnesota, <br><br><br> Defendant. | Case No. 0:26-cv-03425-DWF-DTS <br><br> Hon. Judge Donovan W. Frank <br><br><br> **PLAINTIFF'S STATEMENT IN RESPONSE TO FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION'S MOTION TO FILE AMICUS CURIAE BRIEF** |

The Foundation for Individual Rights and Expression ("FIRE") has filed a motion for leave to submit a 15-page amicus brief. *See* ECF Nos. 33, 33-1. Although counsel routinely consent to such filings as a professional courtesy, the Attorney General opposes that brief on three grounds: (1) supposed untimeliness (just 13 days after x.AI filed its TRO and 15 days after the complaint was filed); (2) supposed duplication of x.AI's motion and a different amicus brief; and (3) the Attorney General's supposed inability to respond to these (allegedly duplicative) arguments by this Friday. As an alternative, the Attorney General asks the Court to once again give him more time and to move x.AI's deadline to file its reply brief to Tuesday,

1

August 18, less than 24 hours before the hearing. The Court should reject Defendant's proposal and grant FIRE's motion.

*First*, there is no deadline for filing amicus briefs in this district, and a brief filed 15 days after a complaint is docketed, and 13 days after a TRO/PI motion is filed, is hardly dilatory. On the contrary, that is an admirably quick turnaround. That a different amicus was able to file even sooner does not render FIRE's brief untimely. *Second*, FIRE's arguments are not duplicative—they are complementary. Although FIRE highlights the numerous defects that render HF 1606 unconstitutional, it discusses several cases that neither x.AI nor Liberty Justice Center addressed and makes other contributions in support of x.AI's motion. *Third,* the Attorney General has already been given two extra days to file his opposition, and that deadline is still three days away. Given the complementary nature of FIRE's arguments, the Attorney General should have little difficulty responding to those arguments on his already extended timeline, by Friday, August 14.

In all events, the Court should reject the Attorney General's proposal to extend his response deadline to Monday, August 17, as that proposal would plainly prejudice x.AI. The Court has already shortened x.AI's time for drafting a reply at the state's request to just three days (two of which are over the weekend). Shortening it still further to allow x.AI less than 24 hours to file a reply brief is untenable. That is an insufficient amount of time to draft a reply brief under even the best

circumstances, but several of x.AI's attorneys will also be traveling on Tuesday for Wednesday's hearing. Moreover, even if x.AI were able to file its reply brief on Tuesday evening, that would leave the Court insufficient time to review the brief before the hearing on Wednesday morning. The Attorney General's proposed schedule is not serious. The Court should reject it out of hand.

To be clear, x.AI would not be opposed to granting the Attorney General additional time to respond to the amicus brief and moving the hearing date if the Attorney General agrees not to enforce HF 1606 against x.AI while the motion is pending. Indeed, as the court knows, x.AI offered just that solution prior to filing its suit to avoid just this situation—only to be rejected by the Attorney General. But so long as the Attorney General refuses to stay enforcement, the hearing should remain on August 19, and the Attorney General should be directed to file his opposition by August 14.

Dated: August 11, 2026

Respectfully submitted,

*/s/ Andrew P. Leiendecker*
Todd A. Noteboom (#0240047)
Andrew P. Leiendecker (#0399107)
Sarah R. Almquist (#0403469)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
todd.noteboom@stinson.com
andrew.leiendecker@stinson.com
sarah.almquist@stinson.com

Robert E. Dunn (*pro hac vice*)
EIMER STAHL LLP
1999 S. Bascom Ave., Suite 1025
Campbell, CA 95008
(408) 889-1690
RDunn@eimerstahl.com

Johnathan Hall (*pro hac vice*)
EIMER STAHL LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
(312) 660-7600
jhall@eimerstahl.com

*Attorneys for Plaintiff X.AI LLC*

4

## CERTIFICATE OF COMPLIANCE

I hereby certify that Plaintiff's Statement in Response to Foundation for Individual Rights and Expression's Motion to File Amicus Curiae Brief complies with the word limits in Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h) because it contains 542 words and has been prepared in a proportionally spaced typeface using Microsoft Word version 2024 in a 14-point Times New Roman font in the text and footnotes.

*/s/ Andrew P. Leiendecker*
Andrew P. Leiendecker