UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

X.AI LLC,

            Plaintiff,

    vs.

Keith Ellison, in his official
capacity as Attorney General
of Minnesota,

            Defendant.

Civil File No. 26-cv-03425 (DWF/DTS)

**LR 7.1(f) WORD COUNT
CERTIFICATE OF COMPLIANCE**

I, JANINE KIMBLE, certify that the accompanying *Memorandum of Law in Opposition to Motion for a Preliminary Injunction* complies with Local Rule 7.1(f). I further certify that, in preparation of this document, I used Microsoft Word for Office 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above-referenced document contains 10,506 words.

Dated: August 14, 2026

/s/ **Janine Kimble**
JANINE KIMBLE (#0392032)
Assistant Attorney General