**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| X.AI LLC,<br><br>Plaintiff,<br><br>v.<br><br>KEITH ELLISON, in his official capacity as Attorney General of Minnesota,<br><br>Defendant. | Case No. 0:26-cv-03425-DWF-DTS<br><br>Judge Donovan W. Frank<br><br>**WORD COUNT COMPLIANCE CERTIFICATE** |

I hereby certify that the foregoing Reply Memorandum in Support of X.AI LLC's Motion for Preliminary Injunction complies with the limits in Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

This Reply Memorandum contains 5,236 words, excluding the parts exempted by Local Rule 7.1(f)(1)(C). Cumulatively, X.AI LLC's supporting memorandum and this Reply Memorandum contain 11,983 words, excluding the parts exempted by Local Rule 7.1(f)(1)(C), which does not exceed the 12,000-word limit of Local Rule 7.1(f)(1)(B).

This Reply Memorandum has been prepared in a proportionally spaced typeface using Microsoft Word version 2024 in a 14-point Times New Roman font in the text and footnotes.

*/s/ Todd A. Noteboom*
Todd A. Noteboom (#0240047)
Andrew P. Leiendecker (#0399107)
Sarah R. Almquist (#0403469)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
todd.noteboom@stinson.com
andrew.leiendecker@stinson.com
sarah.almquist@stinson.com

Robert E. Dunn (*pro hac vice*)
EIMER STAHL LLP
1999 S. Bascom Ave., Suite 1025
Campbell, CA 95008
(408) 889-1690
RDunn@eimerstahl.com

Johnathan Hall (*pro hac vice*)
EIMER STAHL LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
(312) 660-7600
jhall@eimerstahl.com

*Attorneys for Plaintiff X.AI LLC*