**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| X.AI LLC,<br><br>Plaintiff,<br><br>v.<br><br>KEITH ELLISON, in his official capacity, as Attorney General of Minnesota,<br><br>Defendant. | Case No. 0:26-cv-03425-DWF-DTS<br><br>Hon. Donovan M. Frank |

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that John K. Adams shall appear as counsel of record for the United States of America in this case.

Dated: August 18, 2026

*/s/John K. Adams*

JOHN K. ADAMS
*Deputy Associate Attorney General*
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
202-514-9500
John.Adams5@usdoj.gov