**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| X.AI LLC,<br><br>Plaintiff,<br><br>v.<br><br>KEITH ELLISON, in his official capacity, as Attorney General of Minnesota,<br><br>Defendant. | Case No. 0:26-cv-03425-DWF-DTS<br><br>Hon. Donovan M. Frank |

## CERTIFICATE OF COMPLIANCE

I certify that this Statement of Interest complies with the word limit of Local Rule 7.1(f) because it contains 2,693 words, excluding excepted portions of the word count under Local Rule 7.1(f)(1)(C). The word count was generated using Microsoft Word for Microsoft 365 Version 2606.

*/s/* John K. Adams

JOHN K. ADAMS
*Deputy Associate Attorney General*
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
202-514-9500