UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

X.AI LLC,

Plaintiff,

vs.

Keith Ellison, in his official capacity as Attorney General of Minnesota,

Defendant.

Civil File No. 26-cv-03425 (DWF/DTS)

**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

TO: The Administrator of the Above-Named Court and Plaintiff X.AI LLC, through counsel Todd Noteboom, et al., Stinson LLP, 50 South Sixth Street, Ste. 2600, Minneapolis, Minnesota, 55402

Defendant Keith Ellison respectfully moves the Court to dismiss all claims brought against him by Plaintiff X.AI LLC. Defendant will argue X.AI lacks standing and that the Complaint fails to state a claim. This motion is made pursuant to Fed. R. Civ. P. 12(b)(6), and is based upon the files, records and proceedings herein, including the memorandum of law filed and served herewith.

Dated: August 19, 2026

KEITH ELLISON
Attorney General
State of Minnesota

s/ ***Janine Kimble***
PETER J. FARRELL (#0393071)
Acting Solicitor General
JANINE KIMBLE (#0392032)
MARGARET JACOT (#0346755)
MADELEINE DEMEULES (#0402648)
Assistant Attorneys General

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 757-1415 (Voice)
(651) 282-5832 (Fax)
janine.kimble@ag.state.mn.us

*Attorneys for Defendant*