UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

X.AI LLC,

Plaintiff,

vs.

Keith Ellison, in his official capacity as Attorney General of Minnesota,

Defendant.

Civil File No. 26-cv-03425 (DWF/DTS)

**NOTICE OF HEARING ON DEFENDANT'S MOTION TO DISMISS**

TO: The Administrator of the Above-Named Court and Plaintiff X.AI LLC, through counsel Todd Noteboom, et al., Stinson LLP, 50 South Sixth Street, Ste. 2600, Minneapolis, Minnesota, 55402

PLEASE TAKE NOTICE that Defendant's Motion to Dismiss Plaintiff's Complaint will be heard on **November 5, 2026**, at **9:00 a.m.**, before the Honorable Donovan W. Frank, in Courtroom 7C of the Warren E. Burger Federal Building and U.S. Courthouse, 316 N. Robert St., St. Paul, Minnesota, 55101.

Dated: August 19, 2026

KEITH ELLISON
Attorney General
State of Minnesota

s/ ***Janine Kimble***
PETER J. FARRELL (#0393071)
Acting Solicitor General
JANINE KIMBLE (#0392032)
MARGARET JACOT (#0346755)
MADELEINE DEMEULES (#0402648)
Assistant Attorneys General

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 757-1415 (Voice)
(651) 282-5832 (Fax)
janine.kimble@ag.state.mn.us

*Attorneys for Defendant*