UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

X.AI LLC,

Plaintiff,

vs.

Keith Ellison, in his official capacity as Attorney General of Minnesota,

Defendant.

Civil File No. 26-cv-03425 (DWF/DTS)

**MEET AND CONFER STATEMENT**

I hereby certify that on August 17, 2026, the undersigned conferred with Plaintiff's counsel by email regarding Defendant's motion to dismiss. The parties do not agree on any part of the motion.

Dated: August 19, 2026

KEITH ELLISON
Attorney General
State of Minnesota

s/ ***Janine Kimble***

PETER J. FARRELL (#0393071)
Acting Solicitor General
JANINE KIMBLE (#0392032)
MARGARET JACOT (#0346755)
MADELEINE DEMEULES (#0402648)
Assistant Attorneys General

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 757-1415 (Voice)
(651) 282-5832 (Fax)
janine.kimble@ag.state.mn.us

*Attorneys for Defendant*