UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

X.AI LLC,

Plaintiff,

vs.

Keith Ellison, in his official capacity as Attorney General of Minnesota,

Defendant.

Civil File No. 26-cv-03425 (DWF/DTS)

**[PROPOSED] ORDER**

The above-entitled matter came before the Court pursuant to a Motion to Dismiss brought by Defendant Keith Ellison. Based upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Dismiss (ECF No. 46) is **GRANTED**;

2. Plaintiff's claims against Keith Ellison, in his official capacity as Attorney General of Minnesota, are **DISMISSED WITH PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: ________________, 2026

_____________________________
Honorable Donovan W. Frank
United States Senior Court Judge