**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| X.AI LLC,<br><br>Plaintiff,<br><br>v.<br><br>KEITH ELLISON, in his official capacity, as Attorney General of Minnesota,<br><br>Defendant. | Case No. 0:26-cv-03425-DWF-DTS<br><br>Hon. Judge Donovan W. Frank<br><br>**JOINT MOTION TO STAY FURTHER BRIEFING AND HEARING ON DEFENDANT'S MOTION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 6(b), Local Rule 6.1, and the Court's inherent authority, Plaintiff X.AI LLC ("xAI") and Defendant Keith Ellison, in his official capacity as Attorney General of Minnesota ("Defendant") (together, "Parties"), respectfully and jointly request that the Court stay further briefing on Defendant's Motion to Dismiss, *see* ECF Doc. 46, and strike the November 5, 2026 hearing on Defendant's Motion, *see* ECF Doc. 47. In support of this Joint Motion, the Parties state as follows:

1. On August 19, 2026, Defendant filed his Motion to Dismiss Plaintiff's Complaint. *See* ECF Doc. 46. Pursuant to Local Rule 7.1, xAI's current deadline to respond to Defendant's Motion to Dismiss is September 9, 2026, and Defendant's

current deadline to file his reply memorandum in support of the Motion to Dismiss is fourteen days after xAI files its opposition. *See* D. Minn. L.R. 7.1(c)(2)–(3).

2. The Parties respectfully submit that the deadlines for xAI's response and Defendant's reply should be stayed pending the Court's decision on xAI's motion for a preliminary injunction. *See* ECF Doc. 11. The Court has indicated that it will issue a decision on xAI's motion for a preliminary injunction "by mid-September and possibly sooner." That decision will likely affect the direction and scope of the case, and the Parties submit that it would be helpful for the parties and the Court to have the benefit of that decision before briefing on Defendant's Motion to Dismiss is completed, particularly considering that the non-prevailing party may appeal the preliminary injunction decision as a matter of right, *see* 28 U.S.C. § 1292(a)(1).

3. Pursuant to Local Rule 6.1(b)(2), counsel for the Parties have conferred regarding the forthcoming motion to dismiss briefing deadlines and hearing, and agreed that the briefing deadlines and hearing should be stayed until after the Court has issued its decision on xAI's motion for a preliminary injunction, and any appeal from that decision have been completed.

4. This motion is not being filed for any improper purpose and the requested stay is being sought in good faith.

5. Accordingly, the Parties respectfully and jointly request that the Court grant this Joint Motion and enter an Order that:

a. Stays xAI's deadline to respond to Defendant's Motion to Dismiss until twenty-one (21) days after the issuance of the mandate in any appeal from this Court's forthcoming decision on xAI's motion for a preliminary injunction or, if no appeal from that decision is taken, until twenty-one (21) days after the deadline for either Party to appeal from that decision;

b. Stays Defendant's deadline to file any reply memorandum in support of his Motion to Dismiss until twenty-one (21) days after xAI files its response; and

c. Strikes the November 5, 2026 hearing on Defendant's Motion to Dismiss from the Court's calendar.

Dated: August 26, 2026

KEITH ELLISON
Attorney General
State of Minnesota

*/s/ Janine Kimble* (with permission)
PETER J. FARRELL (#0393071)
Acting Solicitor General
JANINE KIMBLE (#0392032)
MARGARET JACOT (#0346755)
MADELEINE DEMEULES (#0402648)
Assistant Attorneys General

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 757-1415 (Voice)
(651) 282-5832 (Fax)
janine.kimble@ag.state.mn.us

*Attorneys for Defendant*

Respectfully submitted,

*/s/ Todd A. Noteboom*
Todd A. Noteboom (#0240047)
Andrew P. Leiendecker (#0399107)
Sarah R. Almquist (#0403469)
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
todd.noteboom@stinson.com
andrew.leiendecker@stinson.com
sarah.almquist@stinson.com

Robert E. Dunn (*pro hac vice*)
Eimer Stahl LLP
1999 S. Bascom Ave., Suite 1025
Campbell, CA 95008
(408) 889-1690
RDunn@eimerstahl.com

Johnathan Hall (*pro hac vice*)
Eimer Stahl LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
(312) 660-7600
jhall@eimerstahl.com

*Attorneys for Plaintiff X.AI LLC*