**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

X.AI LLC,

Plaintiff,

v.

Keith Ellison, *in his official capacity, as Attorney General of Minnesota*,

Defendant.

Civil No. 26-3425 (DWF/DTS)

**ORDER**

Pursuant to Plaintiff X.AI LLC ("xAI") and Defendant Keith Ellison, in his official capacity as Attorney General of Minnesota's ("Defendant") (together, "Parties") Joint Motion to Stay Further Briefing and Hearing on Defendant's Motion to Dismiss ("Joint Motion") (Doc. No. 51), **IT IS HEREBY ORDERED** that:

1. Pursuant to Federal Rule of Civil Procedure 6(b), Local Rule 6.1, and the Court's inherent authority, and for good cause shown, the Parties' Joint Motion (Doc. No. [51]) is **GRANTED**.

2. xAI shall have until twenty-one (21) days after the issuance of the mandate in any appeal from this Court's forthcoming decision on xAI's motion for a preliminary injunction or, if no appeal from that decision is taken, until twenty-one (21) days after the deadline for either Party to appeal from that decision, to respond to Defendant's Motion to Dismiss.

3. Defendant shall have until twenty-one (21) days after xAI files its response to Defendant's Motion to Dismiss to file any reply memorandum in support of that Motion.

4. The November 5, 2026 hearing on Defendant's Motion to Dismiss is stricken from the Court's calendar.

Dated: September 1, 2026

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge