# UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA

**Warren E. Burger Federal Building and U.S. Courthouse**
316 North Robert Street
Room 100
St. Paul, MN 55101

**Diana E. Murphy U.S. Courthouse**
300 South Fourth Street
Room 202
Minneapolis, MN 55415

**Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse**
515 West First Street
Duluth, MN 55802

**Edward J. Devitt U.S. Courthouse and Federal Building**
118 South Mill Street
Fergus Falls, MN 56537

## TRANSMITTAL OF INTERLOCUTORY APPEAL

Date: September 4, 2026

To: U.S. COURT OF APPEALS, 8TH CIRCUIT

From: mmp, U.S. District Court-Minnesota

In Re: District Court Case No. 26-cv-3425 DWF/DTS
Eighth Circuit Case No.: Not Yet Assigned
Case Title: X.AI LLC v. Ellison

The statutory filing fee has:

☒been paid, receipt number: AMNDC-13250576
☐not been paid as of:
IFP ☐is ☐is not pending
☐been waived because:
☐Application for IFP granted ☐USA filed appeal

Length of Trial: n/a

Was a court reporter utilized? ☒Yes ☐No

If yes, please identify the court reporter: Caitlin Nat