**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| X.AI LLC,<br><br>Plaintiff,<br><br>v.<br><br>KEITH ELLISON, in his official capacity, as Attorney General of Minnesota,<br><br>Defendant. | Case No. 0:26-cv-03425-DWF-DTS<br><br>Hon. Judge Donovan W. Frank<br><br>**X.AI LLC'S MOTION FOR INJUNCTION PENDING APPEAL**<br><br>**EXPEDITED HANDLING REQUESTED** |

Pursuant to Federal Rule of Appellate Procedure 8(a)(1)(C), Plaintiff X.AI LLC ("xAI") hereby moves the Court for a limited injunction pending the conclusion of its appeal from the Court's order on xAI's motion for preliminary injunction. This Motion is based on all the files, records, and proceedings herein, as well as the memorandum of law and supporting documents filed herewith.

xAI respectfully requests a ruling on this motion by Wednesday, September 9, 2026, so that—if necessary—it may promptly seek relief from the Eighth Circuit.

Dated: September 8, 2026

Respectfully submitted,

*/s/ Todd A. Noteboom*
Todd A. Noteboom (#0240047)
Andrew P. Leiendecker (#0399107)
Sarah R. Almquist (#0403469)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
todd.noteboom@stinson.com
andrew.leiendecker@stinson.com
sarah.almquist@stinson.com

Robert E. Dunn (*pro hac vice*)
EIMER STAHL LLP
1999 S. Bascom Ave., Suite 1025
Campbell, CA 95008
(408) 889-1690
RDunn@eimerstahl.com

Johnathan Hall (*pro hac vice*)
EIMER STAHL LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
(312) 660-7600
jhall@eimerstahl.com

*Attorneys for Plaintiff X.AI LLC*