**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| X.AI LLC,<br><br>Plaintiff,<br><br>v.<br><br>KEITH ELLISON, in his official capacity, as Attorney General of Minnesota,<br><br>Defendant. | Case No. 0:26-cv-03425-DWF-DTS<br><br>Hon. Judge Donovan W. Frank<br><br>**NOTICE OF HEARING ON X.AI LLC'S MOTION FOR INJUNCTION PENDING APPEAL**<br><br>**EXPEDITED HANDLING REQUESTED** |

**PLEASE TAKE NOTICE** that, as directed by the Court, at a date and time to be determined, a hearing will be on Plaintiff X.AI LLC's ("xAI") Motion for Injunction Pending Appeal before the Honorable Judge Donovan W. Frank. Pursuant to Local Rule 7.1(c), xAI respectfully requests a ruling on this motion by Wednesday, September 9, 2026, so that—if necessary—it may promptly seek relief from the Eighth Circuit.

Dated: September 8, 2026

Respectfully submitted,

*/s/ Todd A. Noteboom*
Todd A. Noteboom (#0240047)
Andrew P. Leiendecker (#0399107)
Sarah R. Almquist (#0403469)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
todd.noteboom@stinson.com
andrew.leiendecker@stinson.com
sarah.almquist@stinson.com

Robert E. Dunn (*pro hac vice*)
EIMER STAHL LLP
1999 S. Bascom Ave., Suite 1025
Campbell, CA 95008
(408) 889-1690
RDunn@eimerstahl.com

Johnathan Hall (*pro hac vice*)
EIMER STAHL LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
(312) 660-7600
jhall@eimerstahl.com

*Attorneys for Plaintiff X.AI LLC*