**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| X.AI LLC,<br><br>Plaintiff,<br><br>v.<br><br>KEITH ELLISON, in his official capacity, as Attorney General of Minnesota,<br><br>Defendant. | Case No. 0:26-cv-03425-DWF-DTS<br><br>Hon. Judge Donovan W. Frank<br><br>**CERTIFICATE OF COMPLIANCE** |

I hereby certify that the Memorandum of Law in Support of X.AI LLC's Motion for an Injunction Pending Appeal complies with the limits in Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h) because: (1) it contains 4,774 words, excluding the parts of the Memorandum exempted by Local Rule 7.1(f)(1)(C); and (2) it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in a 14-point Times New Roman font in the text and footnotes.

Dated: September 8, 2026

*/s/ Todd A. Noteboom*

Todd A. Noteboom (#0240047)
Andrew P. Leiendecker (#0399107)
Sarah R. Almquist (#0403469)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
todd.noteboom@stinson.com
andrew.leiendecker@stinson.com
sarah.almquist@stinson.com

*Attorney for Plaintiff X.AI LLC*