**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| X.AI LLC,<br><br>Plaintiff,<br><br>v.<br><br>KEITH ELLISON, in his official capacity, as Attorney General of Minnesota,<br><br>Defendant. | Case No. 0:26-cv-03425-DWF-DTS<br><br>**[PROPOSED] ORDER** |

This matter came before the Court pursuant to Fed. R. App. P. 8(a)(1)(C) and Plaintiff X.AI's ("xAI") Motion for Injunction Pending Appeal ("Motion").

Based upon all the files, records, and proceedings herein, pursuant to Federal Rule of Appellate Procedure 8(a)(1)(C) and for good cause shown, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion is **GRANTED**.

2. The Court finds that Plaintiff is likely to succeed on the merits of its appeal.

3. The Court finds that Plaintiff will suffer irreparable harm absent a preliminary injunction pending appeal.

4. The Court finds that Plaintiff does not have an adequate remedy at law.

5. The Court finds that the balance of equities and public interest favor granting Plaintiff's Motion.

6. Defendant Keith Ellison, in his official capacity as Attorney General of Minnesota, together with his officers, agents, servants, employees, and attorneys, and all persons acting for, with, by, through, under, or in active concert with him, are enjoined from enforcing Minnesota Statute § 325E.91 during the pendency of xAI's appeal from the Order denying its motion for a preliminary injunction.

Dated: September __, 2026

_______________________________
DONOVAN W. FRANK
United States District Judge