The Office of
Minnesota Attorney General Keith Ellison
helping people afford their lives and live with dignity, safety, and respect • www.ag.state.mn.us

September 8, 2026

**VIA CM/ECF**

The Honorable Donovan W. Frank
United States District Court
316 N. Robert Street
St. Paul, MN 55101

**Re:** *X.AI LLC v. Keith Ellison*
U.S. District Court No. 26-cv-3425 (DWF/DTS)

Dear Judge Frank:

I represent the Defendant in this matter, Attorney General Keith Ellison. The Attorney General submits this letter following Plaintiff X.AI's motion for expedited relief filed earlier today, (ECF 59). The Court should deny this motion, including as to X.AI's request for expedited handling. The Attorney General will respond on the schedule prescribed by the Local Rules and respectfully reserves his rights to do the same but writes now to address X.AI's request for expedited handling.

Fundamentally, X.AI's request is unreasonable and was not fairly presented to the Attorney General during the meet-and-confer process. On Saturday, September 5, 2026, counsel for X.AI informed counsel for the Attorney General that X.AI would file a motion with the district court today for an injunction pending appeal. Counsel for X.AI represented that the bases for the motion were the same as those advanced in X.AI's opening and reply memoranda filed in support of its preliminary injunction motion. **Counsel for X.AI did not state that X.AI would seek expedited handling or a decision by Wednesday, September 9, 2026.**

Only when counsel for the Attorney General received and reviewed X.AI's moving papers earlier today did the Attorney General learn that X.AI seeks expedited handling and a decision by tomorrow, September 9, 2026. That is not enough time for the Attorney General to fairly respond to X.AI's memorandum in support of its present motion, which raises new arguments about this Court's order denying the motion for preliminary injunction. X.AI has once again manufactured an unnecessary emergency for this Court and the Attorney General, which detracts from the merits of this important case. Indeed, this Court has already ruled—twice—that X.AI was not diligent in seeking preliminary injunctive relief. (ECF 21, at 1; ECF 54, at 7-8, 11.)

For these reasons, the Attorney General respectfully requests that X.AI's motion be denied as to its request for expedited handling and a decision by tomorrow, Wednesday, September 9, 2026. Local Rule 7.1 should govern the Attorney General's response timeframe.

Sincerely,

s/ Peter Farrell

PETER FARRELL
Acting Solicitor General

(651) 757-1424 (Voice)
(651) 282-5832 (Fax)
peter.farrell@ag.state.mn.us