STINSON

Todd Noteboom
**PARTNER**
DIRECT: 612.335.1894
OFFICE: 612.335.1500
todd.noteboom@stinson.com

September 8, 2026

**VIA PACER**

The Honorable Judge Donovan W. Frank
United States District Court
316 N. Robert Street
St. Paul, MN 55101

Re: *X.AI LLC v. Ellison*, Case No. 26-cv-3425-DWF-DTS

Dear Judge Frank:

Plaintiff X.AI LLC ("xAI") writes in response to Defendant's September 8, 2026, letter correspondence asking that xAI's request for expedited handling of its motion for an injunction pending appeal, *see* ECF Docs. 59–63, be denied. *See* ECF Doc. 64.

xAI filed its motion for an injunction pending appeal pursuant to Federal Rule of Appellate Procedure 8(a)(1)(C), which provides that "[a] party must ordinarily move first in the district court for … an order suspending, modifying, restoring, or granting an injunction while an appeal is pending." Fed. R. App. P. 8(a)(1)(C). It is common practice for such motions to be decided on an expedited basis. *E.g.*, *Carson v. Simon*, Case No. 0:20-cv-2030, ECF Docs. 61, 71 (D. Minn.) (deciding motion for injunction pending appeal 4 days after filing); *Minn. Voters Alliance v. Walz*, Case No. 0:20-cv-1688, ECF Docs. 55, 65 (D. Minn.) (deciding motion for injunction pending appeal 11 days after filing). Consistent with these authorities, xAI respectfully submits that expedited consideration of its motion for an injunction pending appeal is consistent with prior practice in this District and appropriate so that—if necessary—xAI may promptly seek relief from the Eighth Circuit pursuant to Federal Rule of Appellate Procedure 8(a)(2).

To the extent the Court does not wish to rule on xAI's motion without having a response from Defendant, xAI respectfully requests that the Court: (1) order that Defendant respond by this Friday, September 11; and (2) decide xAI's motion based on the parties' briefing, without holding a hearing, as expeditiously as possible.

Respectfully Submitted,

**Stinson LLP**

*/s/ Todd A. Noteboom*
Todd Noteboom

*Attorney for Plaintiff X.AI LLC*

cc: All Counsel of Record (via PACER)