**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

X.AI LLC, Civil No. 26-3425 (DWF/DTS)

Plaintiff,

v. **ORDER**

Keith Ellison, *in his official capacity, as Attorney General of Minnesota*,

Defendant.

This matter is before the Court on Plaintiff X.AI's ("xAI") motion for injunction pending appeal pursuant to Federal Rule of Appellate Procedure 8(a)(1)(C).[1] The State submitted a letter objecting to xAI's request for expedited consideration of this motion and, instead, seeks to respond according to Local Rule 7.1. (Doc. No. 64.) The Court acknowledges the State's objection, but because the Court is prepared to rule, it does so now.

A motion for an injunction pending appeal "is governed by the same factors that appl[y] to [a] motion for a preliminary injunction, namely: (1) the movant's likelihood of success on the merits; (2) the threat of irreparable harm to the movant if the injunction is not granted; (3) the balance between that harm and the harm that granting the injunction will inflict on the other parties; and (4) the public interest." *Minn. Voters Alliance v.*

---

[1] This rule governs "an order suspending, modifying, restoring, or granting an injunction while an appeal is pending." Fed. R. Civ. App. P. 8(a)(1)(C).

*Walz*, 494 F. Supp. 3d 610, 612 (D. Minn. 2020); *accord Minnesota v. U.S. Dep't of Agric.*, 826 F. Supp. 3d 975, 1008 (D. Minn. 2026).

In an order dated September 4, 2026, the Court already weighed the relevant factors and explained the basis for its conclusion that xAI is not entitled to a preliminary injunction. (Doc. No. 54.) The Court concluded that xAI had both unreasonably delayed in bringing its motion and failed to otherwise demonstrate a sufficient threat of irreparable harm. (*Id.*) The Court further found "without hesitation" that "when comparing the interests of the State with any potential harm to xAI, the . . . the balance of the equities weighs heavily in favor of the State." (*Id.* at 12-13.) For the same reasons, the Court determines that xAI is not entitled to an injunction pending appeal.[2]

Based upon all the files, records, and proceedings herein, and in particular for the reasons set forth in the Court's order denying xAI's motion for preliminary injunction, **IT IS HEREBY ORDERED** that Plaintiff's motion for injunction pending appeal (Doc. No. [59]) is respectfully **DENIED**.

Dated: September 9, 2026

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judg

[2] The Court previously granted a stay of the litigation in this Court pending appeal. (Doc. No. 53.)