**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

September 09, 2026

Todd Noteboom
STINSON, LLP
Suite 2600
50 S. Sixth Street
Minneapolis, MN 55402

RE: 26-2806 X.AI LLC v. Keith Ellison

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/pscof/login.xhtml. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

MMH

Enclosure(s)

cc: Sarah Almquist
Madeleine R. DeMeules
Robert E. Dunn
Peter J. Farrell
Johnathan T. Hall
Margaret Jacot
Janine W. Kimble
Andrew Leiendecker
Caitlin Nat
Clerk, U.S. District Court, District of Minnesota

District Court/Agency Case Number(s): 0:26-cv-03425-DWF

**Caption For Case Number: 26-2806**

X.AI LLC

Plaintiff - Appellant

v.

Keith M. Ellison, in his official capacity as Attorney General of Minnesota

Defendant - Appellee

**Addresses For Case Participants: 26-2806**

Todd Noteboom
STINSON, LLP
Suite 2600
50 S. Sixth Street
Minneapolis, MN 55402

Clerk, U.S. District Court, District of MN
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Robert E. Dunn
EIMER & STAHL
Suite 1025
1999 S. Bascom Avenue
Campbell, CA 95008

Johnathan T. Hall
EIMER & STAHL
Suite 1100
224 S. Michigan Avenue
Chicago, IL 60604

Janine W. Kimble
ATTORNEY GENERAL'S OFFICE
Suite 600
445 Minnesota Street
Saint Paul, MN 55101-2125

Caitlin Nat
U.S. DISTRICT COURT
District of Minnesota
Room 146
Warren E. Burger Federal Building
316 N. Robert Street
Saint Paul, MN 55101

Sarah Almquist
STINSON LLP
Suite 1100
7700 Forsyth Boulevard
Saint Louis, MO 63105

Madeleine R. DeMeules
ATTORNEY GENERAL'S OFFICE
Suite 600
445 Minnesota Street
Saint Paul, MN 55101-2125

Peter J. Farrell
ATTORNEY GENERAL'S OFFICE
Suite 600
445 Minnesota Street
Saint Paul, MN 55101-2125

Margaret Jacot
ATTORNEY GENERAL'S OFFICE
Suite 600
445 Minnesota Street
Saint Paul, MN 55101-2125

Andrew Leiendecker
STINSON, LLP
Suite 2600
50 S. Sixth Street
Minneapolis, MN 55402