**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| X.AI LLC,<br><br>Plaintiff,<br><br>v.<br><br>KEITH ELLISON, in his official capacity, as Attorney General of Minnesota,<br><br>Defendant. | Case No. 0:26-cv-03425-DWF-DTS<br><br>Hon. Judge Donovan W. Frank<br><br>**JOINT STIPULATION TO AMEND THE CAPTION TO REFLECT A NAME CHANGE** |

Plaintiff X.AI LLC, now known as SpaceXAI LLC (herein "Plaintiff" or "X.AI LLC" or "SpaceXAI LLC"), and Defendant Keith Ellison, in his official capacity, as Attorney General of Minnesota (herein "Defendant"), through undersigned counsel (collectively, "the Parties"), stipulate to the following subject to Court approval:

Whereas, on July 27, 2026, Plaintiff X.AI LLC initiated the above-captioned case in the United States District Court for the District of Minnesota.

Whereas, on September 4, 2026, Plaintiff X.AI LLC initiated an appeal with the United States Court of Appeals for the Eighth Circuit (Case No. 26-2806).

Whereas, subsequently, counsel for Plaintiff learned that "X.AI LLC" changed its name to "SpaceXAI LLC" on August 6, 2026. Plaintiff represents that it remains the same legal entity.

Whereas, this name change was identified to the United States Court of Appeals for the Eighth Circuit in both Plaintiff-Appellant's Corporate Disclosure Statement and Plaintiff-Appellant's Emergency Motion for an Injunction Pending Appeal.

Whereas, in light of this name change and in the interest of accuracy, Plaintiff requests that the caption of this case be amended to reflect that the legal name of Plaintiff is "SpaceXAI LLC."

Whereas, the Parties have met and conferred about this issue and counsel for Defendant advised that Defendant has no objection to amending the caption in this case to reflect that the legal name of Plaintiff is "SpaceXAI LLC."

Whereas, the Parties respectfully request that the caption of this case be amended to reflect that the legal name of Plaintiff is "SpaceXAI LLC."

It is so stipulated and agreed.

Dated: October 7, 2026

*/s/ Todd A. Noteboom*

Todd A. Noteboom (#0240047)
Andrew P. Leiendecker (#0399107)
Sarah R. Almquist (#0403469)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
todd.noteboom@stinson.com
andrew.leiendecker@stinson.com
sarah.almquist@stinson.com

Robert E. Dunn (*pro hac vice*)
EIMER STAHL LLP
1999 S. Bascom Ave., Suite 1025
Campbell, CA 95008
(408) 889-1690
RDunn@eimerstahl.com

Johnathan Hall (*pro hac vice*)
EIMER STAHL LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
(312) 660-7600
jhall@eimerstahl.com

*Attorneys for Plaintiff SpaceXAI LLC*

Respectfully submitted,

*/s/ Janine Kimble* (with permission)

KEITH ELLISON
Attorney General
State of Minnesota

Peter J. Farrell (#0393071)
Acting Solicitor General
Janine Kimble (#0392032)
Margaret Jacot (#0346755)
Madeleine Demeules (#0402648)
Assistant Attorneys General
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 757-1415
janine.kimble@ag.state.mn.us

*Attorneys for Defendant*