**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| X.AI LLC,<br><br>Plaintiff,<br><br>v.<br><br>KEITH ELLISON, in his official capacity, as Attorney General of Minnesota,<br><br>Defendant. | Case No. 0:26-cv-03425-DWF-DTS<br><br>Hon. Judge Donovan W. Frank<br><br>**[PROPOSED] ORDER TO AMEND THE CAPTION TO REFLECT A NAME CHANGE** |

Based upon the parties' Joint Stipulation to Amend the Caption to Reflect a Name Change (ECF No. 68), it is HEREBY ORDERED THAT:

1. The Court APPROVES the parties' Joint Stipulation to Amend the Caption to Reflect a Name Change.

2. The caption is hereby amended to reflect that Plaintiff "X.AI LLC" is now known as "SpaceXAI LLC."

IT IS SO ORDERED.

Dated: ____________________ ________________________________
United States District Judge