**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

SpaceXAI LLC,

Plaintiff,

v.

Keith Ellison,

Defendant.

Case No. 26-cv-3425 (DWF/DTS)

**ORDER**

---

The parties filed a stipulation, Dkt. No. 68, to Amend the Caption to Reflect a Name Change. The case caption is hereby amended to reflect that Plaintiff "X.AI LLC" is now known as "SpaceXAI LLC."

Dated: October 8, 2026

s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge