**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| SPACEXAI,<br><br>Plaintiff,<br><br>v.<br><br>KEITH ELLISON, in his official capacity, as Attorney General of Minnesota,<br><br>Defendant. | Case No. 0:26-cv-03425-DWF-DTS<br><br>Hon. Judge Donovan W. Frank<br><br>**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF SPACEXAI LLC**<br><br>**Pursuant to Fed. R. Civ. P. 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1(a) and 7.1(b)(2), the undersigned certifies that SpaceXAI LLC, formerly known as X.AI LLC, submits this Supplemental Corporate Disclosure Statement to reflect a recent name change to its corporate name only. On August 6, 2026, X.AI LLC changed its name to SpaceXAI LLC. X.AI LLC and SpaceXAI LLC are the same entity. The change was in name only. Plaintiff X.AI LLC, now known as SpaceXAI LLC, is an indirect wholly owned subsidiary of Space Exploration Technologies Corp., a publicly traded corporation. No publicly held corporation owns 10% or more of the stock of Space Exploration Technologies Corp.

Dated: October 13, 2026

Respectfully submitted,

*/s/ Todd A. Noteboom*

Todd A. Noteboom (#0240047)
Andrew P. Leiendecker (#0399107)
Sarah R. Almquist (#0403469)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
todd.noteboom@stinson.com
andrew.leiendecker@stinson.com
sarah.almquist@stinson.com

Robert E. Dunn (*pro hac vice*)
EIMER STAHL LLP
1999 S. Bascom Ave., Suite 1025
Campbell, CA 95008
(408) 889-1690
RDunn@eimerstahl.com

Johnathan Hall (*pro hac vice*)
EIMER STAHL LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
(312) 660-7600
jhall@eimerstahl.com

*Attorneys for Plaintiff SpaceXAI LLC*