**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

SpaceXAI LLC,

Plaintiff,

v.

Keith Ellison,

Defendant.

Case No. 26-cv-3425 (DWF/DTS)

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter.

Dated: October 30, 2026

s/ David T. Schultz___________
DAVID T. SCHULTZ
United States Magistrate Judge